JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 432 -- IN RE UNITED RUBBER SKILLED TRADESMEN LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/05/05 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. AND EXHIBITS A THRU G -- Deft. United Rubber, Cork, Linoleum and Plastic Workers of America  (emh)<br>SUGGESTED TRANSFEREE DISTRICT: Northern District of Ohio<br>SUGGESTED TRANSFEREE JUDGE:  (emh) |
| 80/05/15 |  | APPEARANCES: GLENN SODD, ESQ. for James D. Mathis, et al.; GEORGE E. BARRETT, ESQ. for United Rubber, Cork, Linoleum and Plastic Workers of America, AFL-CIO; WILLIAM F. GARDNER, ESQ. for Goodyear Tire & Rubber Co.  (cds) |
| 80/05/16 |  | APPEARANCE: DONALD W. DAVIS, ESQ. for Alan C. Hayes, (cds) |
| 80/05/20 |  | APPEARANCE -- Stewart L. Entz, Esq. for John B. Harrions, et al. and Wayne H. Jepson, et al.  (ea) |
| 80/05/20 | 2 | RESPONSE/BRIEF -- Pltfs. Harrison, et al. (A-1) and Jepson, et al. (A-3) -- w/cert. of svc.  (emh) |
| 80/05/20 | 3 | RESPONSE/BRIEF -- Pltf. Alan C. Hayes, et al. -- w/cert. of svc.  (emh) |
| 80/05/20 | 4 | RESPONSE -- Pltf. James Mathis, et al. -- w/cert. of svc.  (emh) |
| 80/05/23 | 5 | RESPONSE -- Goodyear Tire & Rubber Co. -- w/Exhibits 1 - 8 and cert. of service  (cds) |
| 80/05/27 | 6 | MOTION TO STRIKE (Pleading No. 3) RESPONSE FILED BY PLAINTIFF IN ALABAMA ACTION -- w/Brief and cert. of svc. -- Filed by United Rubber Workers  (emh) |
| 80/05/23 |  | HEARING ORDER -- Setting Motion to Transfer for June 26, 1980 hearing in Boston, Mass.  (cds) |
| 80/05/29 | 7 | LETTER REPLY to Motion to Strike -- Pltf. Hayes (emh) |
| 80/05/29 | 8 | RESPONSE -- Pltf. Hayes -- w/cert. of svc. (emh) |
| 80/06/03 | 9 | REPLY, CERT. OF SVC. -- Pltfs. John B. Harrison, et al. & Wayne H. Jepson, et al.  (ea) |
| 80/06/03 |  | APPEARANCE -- George W. Rooney, Esq. for The General Tire & Rubber Co.  (ea) |
| 80/06/25 |  | HEARING APPEARANCES -- George E. Barrett for United Rubber Workers; Stewart L. Entz for Pltf. Harrison, et al.; Donald W. Davis for Alan C. Hayes, et al.  (emh) |
| 80/06/25 |  | WAIVERS OF ORAL ARGUMENT: Goodyear Tire & Rubber Co.; General Tire & Rubber Co.  (emh) |

JPML FORM 1A - Continuation                                DOCKET ENTRIES -- p.\_\_\_\_

DOCKET NO. \_\_\_ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 80/07/10 | | ORDER DENYING TRANSFER OF LITIGATION. A-1 through A-4 under Section 1407 for pretrial proceedings. Notified involved counsel, clerks and judges. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 432 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE UNITED RUBBER WORKERS SKILLER TRADESMEN LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/36/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/10/80 | Denial MO | | | | |

Special Transferee Information

DATE CLOSED: 7/10/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 432 -- IN RE UNITED RUBBER WORKERS SKILLED TRADESMEN LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John B. Harrison, et al. v. Local No. 878, United Rubber, Cork, Linoleum & Plastic Workers of America, et al. | W.D.Tenn McRea | C-80-1002 | | | | JUL 1 0 1980 |
| A-2 | Alan C. Hays, et al. v. Local No. 12, United Rubber, Cork, Linoleum, & Plastic Workers of America, et al. | N.D.Ala. Guin | CA 79-G0989M | | | | JUL 1 0 1980 |
| A-3 | Wayne H. Jepson, et al. v. Local No. 307, United Rubber, Cork, Linoleum & Plastic Workers of America, et al. | D.Kansas Rogers | 79-4210 | | | | JUL 1 0 1980 |
| A-4 | James D. Mathis, et al. v. Local No. 312, United Rubber, Cork, Linoleum & Plastic Workers of America, et al. | W.D.Tex. Roberts | W-80-CA-44 | | | | JUL 1 0 1980 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 432 -- IN RE RUBBER WORKERS SKILLED TRADESMEN LITIGATION

---

JOHN B. HARRISON, ET AL. (A-1)
WAYNE H. JEPSON, ET AL. (A-3)
Stewart L. Entz, Esq.
Calmery, McClure, Funk, Letarneau
  & Entz
First National Bank Building, Ste.1000
Topeka, Kansas  66603

ALAN C. HAYES, ET AL. (A-2)
Donald W. Davis, Esq.
1427 Bank for Savings Building
Birmingham, Alabama  35203

JAMES D. MATHIS, ET AL. (A-4)
Glenn Sodd, Esq.
Dawson, Dawson, Sodd & Davis
P. O. Box 837
Corsicana, Texas  75110

UNITED RUBBER, CORK, LINOLEUM
AND PLASTIC WORKERS OF AMERICA,
AFL-CIO
George E. Barrett, Esq.
Barrett, Kniffen & Blackburn
217 Second Avenue, North
Nashville, Tennessee  37201

GOODYEAR TIRE AND RUBBER CO.
William F. Gardner, Esq.
Cabaniss, Johnston, Gardner,
  Dumas & O'Neal
1900 First National-Southern
  Natural Building
Birmingham, Alabama  35203

GENERAL TIRE AND RUBBER CO.
George W. Rooney, Esq.
Roetzel & Andress
20th Floor, One Cascade Plaza
Akron, Ohio  44308

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 432 -- IN RE UNITED RUBBER SKILLED TRADESMEN LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Rubber Cork, Linoleum and Plastic Workers of America AFL-CIO | A-1, A-2, A-3, A-4 |
| The Goodyear Tire and Rubber Company | A-1, A-2, A-3 |
| The General Tire and Rubber Company | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |