DOCKET NO. 432

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE UNITED RUBBER SKILLED TRADESMEN LITIGATION

ORDER DENYING TRANSFER*

This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 by two defendants in each of the four actions listed on the attached Schedule A for transfer of the four actions to the Northern District of Ohio for coordinated or consolidated pretrial proceedings. On the basis of the papers submitted and the hearing held, the Panel finds that movants have failed to demonstrate that transfer of the four actions to a single district under Section 1407 would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

For the Panel:

Roy W. Harper
Acting Chairman

---

* Judges Andrew A. Caffrey and Edward S. Northrop took no part in the decision of this matter.

Schedule A

MDL-432 -- In re United Rubber Skilled Tradesmen Litigation

    Western District of Tennessee

John B. Harrison, et al. v. Local No. 878, United Rubber, Cork, Linoleum & Plastic Workers of America, et al., C.A. No. C-80-1002

    Northern District of Alabama

Alan C. Hays, et al. v. Local No. 12, United Rubber, Cork, Linoleum & Plastics Workers of America, et al., C.A. No. CA 79-G0989M

    District of Kansas

Wayne H. Jepson, et al. v. Local No. 307, United Rubber, Cork, Linoleum & Plastic Workers of America, et al., C.A. No. 79-4210

    Western District of Texas

James D. Mathis, et al. v. Local No. 312, United Rubber, Cork, Linoleum & Plastic Workers of America, et al., C.A. No. W-80-CA44